UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
$\quad$ *Plaintiff-Appellee,*

v. $\qquad\qquad$ No. 00-4496

MAURICE GOODING,
$\quad$ *Defendant-Appellant.*

Appeal from the United States District Court
for the Eastern District of North Carolina, at Raleigh.
Terrence W. Boyle, Chief District Judge.
(CR-91-80-BO)

Submitted: January 16, 2001

Decided: February 6, 2001

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

**COUNSEL**

Thomas P. McNamara, Federal Public Defender, G. Alan DuBois, Assistant Federal Public Defender, Raleigh, North Carolina, for Appellant. Janice McKenzie Cole, United States Attorney, Anne M. Hayes, Assistant United States Attorney, Jane J. Jackson, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

## OPINION

PER CURIAM:

Maurice Gooding appeals from the district court order revoking his supervised release and sentencing him to thirty-six months imprisonment. On appeal, Gooding contends that the district court erred in admitting hearsay evidence at the revocation hearing. We review the district court's decision to revoke supervised release for abuse of discretion. *See United States v. Copley*, 978 F.2d 829, 931 (4th Cir. 1992). Here, the revocation was mandatory in view of the firearms violation, one of three grounds cited by the Government. 18 U.S.C.A. § 3583(g)(2) (West 2000). The firearm was found in Gooding's bedroom by police acting pursuant to a search warrant, and is not a part of the contested evidence. Therefore, the district court did not abuse its discretion in revoking supervised release, and we affirm its decision to do so. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*